# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INNOVATIO IP VENTURES, LLC, | |
| Plaintiff, | Case No. 15-cv-2262 |
| v. | **JURY DEMAND** |
| MEDIATEK USA INC., | Judge John Robert Blakey |
| | Magistrate Judge Michael T. Mason |
| Defendant. | |

## INNOVATIO'S NOTICE OF EARLIER ORDER IN RELATED CASE

Plaintiff Innovatio IP Ventures, LLC ("Innovatio"), by and through its counsel, hereby notifies the Court of the January 10, 2012 Order of Judge James F. Holderman in the related case captioned *In re Innovatio IP Ventures, LLC, Patent Litigation*, Case No. 11-cv-09308 (the "Consolidated Action"), which case is pending in the Northern District of Illinois.[1] The January 10, 2012 Order provides in relevant part that "[a]ny 'tag-along' actions later filed in, removed to, or transferred to this Court will be consolidated automatically with this action [i.e., Case No. 11-cv-09308]." (Dkt. No. 3, Case No. 11-cv-09308.) A copy of the January 10, 2012 Order is attached as Exhibit A hereto.

Respectfully submitted,

Dated: March 18, 2015

*/s/ Matthew G. McAndrews*
Matthew G. McAndrews
Kyle D. Wallenberg
Niro, McAndrews, Dowell & Grossman, LLC
200 West Madison Street
Suite 2040
Chicago, Illinois 60606
Telephone: (312) 755-8577

---

[1] Innovatio identified the Consolidated Action as a "related case" in section IX of the civil cover sheet filed with its complaint. (Dkt. No. 2.)

1

Email: mmcandrews@niro-mcandrews.com
Email: kwallenberg@niro-mcandrews.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC